IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 22 PM 1:4

ROBERT R. DI ___ LIO
CLERK, U.S. DI __ CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| MARY MCMILLAN, et al., ) | |
| Plaintiffs, ) | |
| vs. ) | No. 03-2890-DV |
| WAL-MART STORES, INC., ) | |
| Defendant. ) | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR AMENDED SCHEDULING ORDER AND AMENDED SCHEDULING ORDER

Before the court is the March 15, 2005, Motion for Plaintiffs for an Order Amending Scheduling Order. The motion was heard and a scheduling conference was held April 21, 2005. Present were Louis Chiozza, counsel for plaintiffs, and Clint Simpson, counsel for defendant. At the conference, the following dates were established as the final dates for:

RESPONSE TO DISCOVERY ORDERED: Friday, June 10, 2005

COMPLETING ALL DISCOVERY: Wednesday, August 31, 2005

    (a) DOCUMENT PRODUCTION: Wednesday, August 31, 2005

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: Wednesday, August 31, 2005

    (c) EXPERT WITNESS DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: Thursday, June 30, 2005

This document entered ___ ___ ___ ance
with Rule 58 and/or 79(a) FRCP on  4-25-05



   (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** Friday, July 29, 2005

   (3) **EXPERT WITNESS DEPOSITIONS:** Wednesday, August 31, 2005

**FILING DISPOSITIVE MOTIONS:** Friday, September 30, 2005

**OTHER RELEVANT MATTERS:**

 No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

 Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

 This case is set for jury, and the trial is expected to last 3 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

 This case is appropriate for ADR. The parties are directed to engage in private mediation before Friday, July 29, 2005.

 The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

 The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

 The parties have not consented to trial before the magistrate judge.

 This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the

scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: April 22, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:03-CV-02890 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Richard S. Taube
LAW OFFICE OF RICHARD S. TAUBE
46 N. Third
Ste. 628
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT