IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 26 PM 4:01

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| MARY MCMILLAN, and BOBBY MCMILLAN, INDIVIDUALLY and as Husband and Wife, ) ) ) ) | |
| Plaintiffs ) ) | |
| v. ) ) | Civil Action No. 03-2890-DV |
| WAL-MART STORES, INC., ) ) | |
| Defendant. ) | |

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the parties by and through Counsel and state to the Court that all the differences heretofore existing in this cause between all parties have been settled and that they are in agreement that all claims may be dismissed with prejudice.

IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED that all matters existing between Plaintiffs and Defendant are hereby dismissed with prejudice.

_____
JUDGE

Date: September 26, 2005

This document entered on the docket sheet in compliance
with Rule 58 and / or 79(a) FRCP on _____

M CJS 902742 v1
2825865-000055  09/19/05

APPROVED:

_____
Clinton J. Simpson, Esquire (#20284)
Baker, Donelson, Bearman
Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526-2000
Attorney for Defendant Wal-Mart Stores, Inc.

_____
Louis Chiozza, Esquire
Law Offices of Louis Chiozza
230 Adams Avenue
Memphis, TN 38103
Attorney for Plaintiffs
Mary McMillan and Bobby McMillan

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:03-CV-02890 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Richard S. Taube
LAW OFFICE OF RICHARD S. TAUBE
46 N. Third
Ste. 628
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT