UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 11 AM 9: 33
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

MARY MCMILLAN,
and BOBBY MCMILLAN,
Individually and as
Husband and Wife

JUDGMENT IN A CIVIL CASE

v.

WAL-MART STORES, INC.

CASE NO: 03-2890-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Of Dismissal With Prejudice entered on September 27, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_/s/ Bernice B. Donald_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

October 8th, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __10/11/05__

THOMAS M. GOULD
Clerk of Court

_/s/_
(By)   Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:03-CV-02890 was distributed by fax, mail, or direct printing on October 12, 2005 to the parties listed.

---

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Richard S. Taube
LAW OFFICE OF RICHARD S. TAUBE
46 N. Third
Ste. 628
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT